**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2344**

———————

RONALD SATISH EMRIT, a/k/a Presidential Candidate Number P60005535; PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897, d/b/a United Emrits of America,

Plaintiffs - Appellants,

v.

GOVERNOR WES MOORE, D-Maryland; AISHA BRAVEBOY, Prince George's County Executive; CONGRESSMAN JAMIE RASKIN, D-Maryland; SENATOR ANGELA ALSOBROOKS, D-Maryland; SENATOR CHRIS VAN HOLLEN, D-Maryland; ATTORNEY GENERAL ANTHONY BROWN, Maryland,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:25-cv-00572-TDS-LPA)

———————

Submitted:  April 23, 2026                    Decided:  April 27, 2026

———————

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ronald Satish Emrit, Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit filed a notice of appeal in his civil case almost four months after filing his complaint and before the district court had entered any orders.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  Emrit does not seek to appeal either a final order or an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*